R. Joseph Trojan CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-691-1086

**Attorneys for Plaintiff,
Future Fields LLC**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTURE FIELDS LLC,<br>a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FUTURE SCOUTS, INC.,<br>a Delaware corporation; SANDEEP CABERWAL, an individual; and NICK TARANTO, an individual,<br><br>Defendants. | **Case No. 2:21-cv-7478 -MWF-JEM**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date:** November 22, 2021<br>**Time:** 10:00 AM<br>**Location:** Courtroom 5A<br><br>Hon. Michael W. Fitzgerald |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 22, 2021 at 10:00 a.m. or as soon thereafter as the matter may be heard by the Hon. Michael W. Fitzgerald in the above-entitled Court, Plaintiff Future Fields LLC will and hereby does move the Court for a preliminary injunction against Defendants Future Scouts, Inc., Sandeep Caberwal and Nick Taranto.

This motion is made pursuant to conference of counsel on or about October 12, 2021.

The Motion is based upon (1) this Notice of Motion and Motion, (2) the accompanying Memorandum of Points and Authorities, (3) the Declaration R. Joseph Trojan and attached exhibits filed therewith, (4) the Declaration Ishan Shapiro and attached exhibits filed therewith, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Respectfully submitted,

TROJAN LAW OFFICES
by

October 19, 2021         /s/R. Joseph Trojan
                          R. Joseph Trojan
                          Attorney for Plaintiff,
                          Future Fields LLC