R. Joseph Trojan CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-691-1086

**Attorneys for Plaintiff,
Future Fields LLC**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FUTURE FIELDS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FUTURE SCOUTS, INC., a Delaware corporation; SANDEEP CABERWAL, an individual; and NICK TARANTO, an individual,<br><br>Defendants. | **Case No. 2:21-cv-7478 -MWF-JEM**<br><br>**DECLARATION OF R. JOSEPH TROJAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date:** November 22, 2021<br>**Time:** 10:00 AM<br>**Location:** Courtroom 5A<br><br>Hon. Michael W. Fitzgerald |

I, R. Joseph Trojan, hereby declare and state that:

1. I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am the owner of Trojan Law Offices, the attorneys of record for Plaintiff Future Fields LLC ("Future Fields"). I have personal knowledge of the facts stated herein. If called upon to do so, I could and would competently testify that:

2. Attached hereto as **Exhibit 1** is a true and correct copy of a printout of the homepage of Defendant Future Scouts, Inc. ("FSI") webpage https://www.future-scouts.com.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter dated August 11, 2021 from Future Fields to Defendant Future Scouts, Inc. ("FSI").

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter dated August 24, 2021 from FSI to Future Fields.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a printout from https://www.merriam-webster.com/dictionary/scout.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a printout of the "FAQS" section of the website https://www.future-scouts.com.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Trademark Electronic Search System record for FSI's trademark application for Future Scouts.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Trademark Electronic Search System record for FSI's trademark application for Future Scouts.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Trademark Electronic Search System record for FSI's trademark application for Future Scouts.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a printout of the "Our Methodology" section of FSI's website https://www.future-scouts.com.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a printout of the "Sample Activities" section of FSI's website https://www.future-scouts.com.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an excerpt of Pub. L 116-260 (2020) containing Section 226(a).

13. Attached hereto as **Exhibit 12** is a true and correct copy of a screenshot of the website https://future-scouts.app.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of October, 2021 at Beverly Hills, California.

/s/R. Joseph Trojan
R. Joseph Trojan