JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTURE FIELDS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FUTURE SCOUTS, INC., a Delaware corporation; SANDEEP CABERWAL, an individual; and NICK TARANTO, an individual,<br><br>Defendants. | **Case No. 2:21-cv-7478-MWF (JEMx)**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice, all claims between Plaintiff Future Fields LLC and Defendants Future Scouts, Inc., Sandeep Caberwal and Nick Taranto, are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 8, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge